1    WO

2

3

4

5

6                    **UNITED STATES DISTRICT COURT**

7                         **DISTRICT OF ARIZONA**

8
     United States of America,            )
9                                         )
                          Plaintiff,      )      NO.  08-3207M
10                                        )
                vs.                       )      **Order  Re: Extending Time to Indict**
11                                        )
     Jose Pulido-Gonzalez,                )
12                                        )      (Reentry After Deportation)
                          Defendant.      )
13   _____)

14          HAVING considered Defendant Jose Pulido-Gonzalez's Motion to Extend Time

15   and good cause having been shown;

16          THE COURT makes the following findings:

17          1.     Counsel for defendant has only recently been appointed;

18          2.     The defendant earnestly wishes to consider the plea offer extended by the

19                 government;

20          3.     The defendant wishes to investigate possible defenses prior to considering

21                 the government's plea offer;

22          4.     The government's plea offer, if accepted by the defendant and then the

23                 court, would likely reduce defendant's exposure to a significant term of

24                 imprisonment;

25          5.     If the defendant does not timely accept the plea offer prior to indictment,

26                 the government will withdraw said plea offer and any subsequent plea offer

27                 after indictment would likely be less advantageous to the defendant;

28          6.     Failure to extend time for indictment in this instance would thus operate to

                   bar defendant from reviewing the government's plea offer in a meaningful

way prior to indictment; and

7.     The ends of justice served by this continuance outweigh the best interest of the public and the defendant in a speedy indictment.

The Court therefore concludes that the ends of justice are best served by granting an extension of time to present the case to the grand jury and in excluding a period of thirty (30) days under the Speedy Trial Act.  In making this determination, the Court has particularly taken into account that the failure to grant the Defendant's request "would deny counsel for the defendant . . . the reasonable time necessary for effective preparation, taking into account the exercise of due diligence."  18 U.S.C. § 3161(h)(8)(B)(iv).

**IT IS HEREBY ORDERED** that defendant's Motion to Extend Time for Indictment requesting an extension of thirty (30) days within the government may seek to indict defendant, is hereby granted.

**IT IS FURTHER ORDERED** that pursuant to the Speedy Trial Act, 18 U.S.C. § 3161, the Government shall have an extension of thirty (30) days to file a timely Indictment.  Excludable time shall begin to run on the 31st day after arrest for a period of thirty (30) days in which the Government may present the case to the grand jury.

DATED this 13th day of June, 2008.


Lawrence O. Anderson
United States Magistrate Judge